UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-62472-WJZ

PRESSMAN, INC. d/b/a PILL BOX
PHARMACY & MEDICAL SUPPLY, a Florida
corporation, individually and as the
representative of similarly-situated persons,

        Plaintiff,

v.

CHANGE HEALTHCARE HOLDINGS, INC.,
CHANGE HEALTHCARE ENGAGEMENT
SOLUTIONS, INC., CHANGE HEALTHCARE
SOLUTIONS, LLC, AMARIN PHARMA, INC.,
BAYER HEALTHCARE LLC,
ASTRAZENECA PHARMACEUTICALS LP,
NOVARTIS PHARMACEUTICAL
CORPORATION, SEBELA
PHARMACEUTICALS, INC., ASCENSIA
DIABETES CARE US INC., NOVEN
PHARMACEUTICALS, INC., PSKW, LLC and
JOHN DOES 1-12,

        Defendants.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(l)(A)(ii), Plaintiff Pressman, Inc. d/b/a Pill Box Pharmacy & Medical Supply and Defendants Change Healthcare Holdings, Inc., Change Healthcare Engagement Solutions, Inc., Change Healthcare Solutions, LLC, PSKW, LLC, Amarin Pharma, Inc., AstraZeneca Pharmaceuticals LP, Novartis Pharmaceuticals Corporation, Ascensia Diabetes Care US

Inc., and Noven Pharmaceuticals, Inc. (collectively, the "Parties"), by and through their counsel of record, hereby stipulate that the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), with the Parties to bear their own respective costs and attorneys' fees.  This dismissal is effective "without a court order." Fed. R. Civ. P. 41(a)(1)(A).

**IT IS SO STIPULATED.**

Dated:  April 12, 2018                                      Respectfully Submitted,

| | |
|---|---|
| By: /s/ Lacey D. Hofmeyer<br>Lacey D. Hofmeyer, Esq.<br>Greenberg Traurig, LLP<br>333 SE 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br><br>Greg Ostfeld (admitted pro hac vice)<br>Greenberg Traurig, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, IL 60601<br><br>*Counsel for Novartis Pharmaceuticals Corporation* | By: /s/ Phillip A. Bock<br>Phillip A. Bock (Florida Bar No. 93985)<br>Jonathan B. Piper (admitted *pro hac vice*)<br>Bock, Hatch, Lewis & Oppenheim, LLC<br>134 N. La Salle St., Ste. 1000<br>Chicago, IL 60602<br>P.O. Box 416474<br>Miami Beach, FL 33141<br>Telephone:  (312) 658-5500<br>Facsimile:  (312) 658-5555<br><br>*Counsel for Plaintiff Pressman, Inc. d/b/a Pill Box Pharmacy & Medical Supply* |

| | |
|---|---|
| By: /s/ Brian M. Ercole<br>Brian M. Ercole<br>Florida Bar No. 0102189<br>bercole@morganlewis.com<br>Morgan, Lewis & Bockius LLP<br>200 South Biscayne Blvd, Suite 5300<br>Miami, FL 33131<br>Telephone: 305.415.3000<br>Facsimile: 305.415.3001<br><br>*Counsel for AstraZeneca Pharmaceuticals LP* | By: /s/ Michael R. Borasky<br>Michael R. Borasky<br>Florida Bar No. 0142239<br>Eckert Seamans Cherin<br>& Mellott, LLC<br>US Steel Tower<br>600 Grant Street, 44th Floor<br>Pittsburgh, Pennsylvania 15219<br><br>*Counsel for Ascensia Diabetes Care US Inc.* |
| By: /s/ William R. Seitz<br>William R. Seitz<br>Cameron Eubanks<br>Mase Tinelli, P.A.<br>2601 South Bayshore Drive, Suite 800<br>Miami, FL 33133<br><br>*Counsel for Noven Pharmaceuticals, Inc.* | By: /s/ Ana Tagvoryan<br>Ana Tagvoryan<br>Safia Gray Hussain<br>Blank Rome LLP<br>2029 Century Park East, 6th Floor<br>Los Angeles, CA 90067<br><br>Alen H. Hsu<br>Blank Rome LLP<br>500 East Broward Blvd., Suite 2100<br>Fort Lauderdale, FL 33394<br><br>James VanLandingham<br>Hogan Lovells US LLP<br>600 Brickell Ave., Ste. 2700<br>Miami, FL 33131<br><br>*Counsel for Amarin Pharma, Inc.* |

| | |
|---|---|
| By: /s/ Steele Clayton<br>Jason S. Oletsky, Esq.<br>Florida Bar No. 009301)<br>Jason.Oletsky@akerman.com<br>Dianne Fischer, Esq.<br>Florida Bar No. 99456<br>DeeDee.Fischer@akerman.com<br>Akerman LLP<br>350 E. Las Olas Blvd., Suite 1600<br>Ft. Lauderdale, FL 33301<br>Telephone 954.463.2700<br>Facsimile: (954) 463-2227<br><br>Steele Clayton<br>Bass, Berry & Sims PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Telephone: (615) 742-6205<br>Facsimile: (615) 742-2705<br><br>*Counsel for Change Healthcare Holdings, Inc., Change Healthcare Engagement Solutions, Inc., Change Healthcare Solutions, LLC* | By: /s/ Ana Tagvoryan<br>Ana Tagvoryan<br>Safia Gray Hussein<br>Blank Rome LLP<br>2029 Century Park East, 6th Floor<br>Los Angeles, CA  90067<br><br>Alen H. Hsu<br>Blank Rome LLP<br>500 East Broward Blvd., Suite 2100<br>Fort Lauderdale, FL  33394<br><br>*Counsel for PSKW, LLC* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 12, 2018, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/_Phillip A. Bock__
Phillip A. Bock